IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STEVEN O'NEAL WYATT,

Plaintiff,

v.

PUBLIX DISTRIBUTION CENTER and
SHEDRICK WALKER,

Defendants.

CIVIL ACTION NO.

## DEFENDANT PUBLIX SUPER MARKETS, INC.'S NOTICE OF REMOVAL

1.        Defendant, Publix Super Markets, Inc., improperly named in the Complaint as "Publix Distribution Center" ("Publix"), pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, hereby removes this action based on federal question jurisdiction from the State Court of Gwinnett County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, on the following grounds: On December 20, 2024, Plaintiff filed a civil action in the Superior Court of Gwinnett County, Georgia, Case No. 24-A-11349-10, titled *Steven O'Neal Wyatt v. Publix Distribution Center, Shedrick Walter* (the "State Action"). Pursuant to 28 U.S.C. § 1446(a), Publix has attached copies of all pleadings, process, and orders from the State Action as *Exhibit A*.

2.      The Complaint was served on Publix on April 1, 2025. Pursuant to 28 U.S.C. §1446(b)(2)(B), this Notice of Removal is timely because it is filed within thirty (30) days after Publix received a copy of the initial pleading setting forth the claim for relief upon which the above-captioned cause is based.

3.      In the Complaint in the State Action, Plaintiff alleges a hostile work environment and discrimination and/or retaliation based on sexual orientation. Plaintiff previously filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") based on the same set of facts and asserting claims and violations of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et seq. See **Exhibit B**.*

4.      Because Plaintiff is asserting federal law claims under Title VII, a federal statute, this action is subject to removal based on federal question jurisdiction pursuant to 28 U.S.C. § 1331.

5.      Plaintiff's allegations arose in Gwinnett County, Georgia. (Complaint at ¶1). Thus, venue properly lies in the United States District Court for the Northern District of Georgia, Atlanta Division.

6.      Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff and a copy of this Notice will also be filed concurrently with the Clerk of the Superior Court of Gwinnett County, Georgia, a copy of which is attached hereto as **Exhibit C**.

7.     Therefore, removal is appropriate pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

WHEREFORE, on the foregoing basis, Publix respectfully submits that removal of this action to this Court is proper, just and appropriate.

Dated May 1, 2025.                          Respectfully submitted,

**FORDHARRISON LLP**

By:  */s/ Leslie B. Hartnett*
Leslie B. Hartnett
Georgia Bar No. 236877
lhartett@fordharrison.com
Robert P. Baker
Georgia Bar No. 971854
rbaker@fordharrison.com

***Attorneys for Defendant***